BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-MC-00076-MCE-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $106,918.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $59,240.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Khachatur Advalyan ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 10, 2015, claimant filed claims in the administrative forfeiture proceeding with the U.S. Customs and Border Protection with respect to the Approximately $106,918.00 in U.S. Currency and Approximately $59,240.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about January 26, 2015.

2.      The U.S. Customs and Border Protection has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is July 9, 2015.

4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to October 7, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.  Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to October 7, 2015.

Dated: 7/2/15   

BENJAMIN B. WAGNER
United States Attorney


By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 7/1/15   

/s/ Joseph A. Welch
JOSEPH A. WELCH
Attorney for claimant Khachatur Advalyan

(Authorized by email)

**ORDER**

**IT IS SO ORDERED**.
Dated:  July 8, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2

Stipulation and Order to Extend Time